Antonio HAYES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62512.

Missouri Court of Appeals, Western District.

May 4, 2004.

Vanessa Caleb, Kansas City, for Appellant.

Andrea K. Spillars, Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea M. Follett, Jefferson City, for Respondent.

Before JOSEPH M. ELLIS, C.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### *ORDER*

PER CURIAM.

Mr. Antonio Hayes appeals from the judgment of the motion court, which de-

nied his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. For the reasons explained in the memorandum furnished to the parties, we affirm the judgment of the motion court. Rule 84.16(b).